No. 51805.—Acme Code Co. et al. *v.* United States, protests 95451–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 25, 1947

No. 51806.—Herrin & Brown *v.* United States, protest 120542–K (El Paso).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 51807.—Julius Kayser & Co., Inc. *v.* United States, protests 25250–K, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 51808.—Merrill, Clark & Meinig, Inc. *v.* United States, protests 581623–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.